PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CEDRIC JEFFRIES, | ) | |
| | ) | CASE NO. 1:22-CV-0047 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN CHARMAIN BRACY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Respondent. | ) | [Regarding ECF No. 1] |
| | ) | |

On June 6, 2024, the assigned magistrate judge issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254. The magistrate judge recommended the Court "deny any relief as to Ground One, deny in part and dismiss in part Ground Two, and deny a certificate of appealability as to both grounds." ECF No. 6 at PageID #: 1501.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. In the instant case, objections to the Report and Recommendation were due by June 24, 2024.[1] Neither party has timely filed objections. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v.*

---

[1] Under Fed. R. Civ. P. 6(d), three (3) days must be added to the 14-day time period because Petitioner was served a copy of the Report by mail. *See Thompson v. Chandler*, 36 Fed. Appx. 783, 784 (6th Cir. 2002). The Court has accounted for those three days, as well as additional time for any mailed objection to reach the Court, before issuing this Order.

(1:22-CV-0047)

*Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

      Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Cedric Jeffries' Petition for a Writ of Habeas Corpus is denied in part and dismissed in part.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed R. App. P. 22(b).

      IT IS SO ORDERED.

| | |
|---|---|
| June 28, 2024 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

2